No. 02–1609. City of Littleton, Colorado v. Z. J. Gifts D–4, L. L. C., dba Christal's. C. A. 10th Cir. Certiorari granted limited to the following question: "Whether the require-

ment of prompt judicial review imposed by *FW/PBS, Inc.* v. *Dallas*, 493 U. S. 215 (1990), entails a prompt judicial determination or a prompt commencement of judicial proceedings."